IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| **FEASTERVILLE FURNITURE OUTLET, INC.,** | : | Chapter 7 |
| | : | |
| Debtor | : | Bky. No. 08-14990 (JKF) |
| | : | |

# O R D E R

**AND**, the Debtor having filed a Petition for Emergency Order to Enforce Automatic Stay on this date ("the Motion"),

**AND**, the matter having been assigned to the undersigned Emergency Judge due to the assigned Judge's absence from the jurisdiction on other judicial business,

**AND**, the court having scheduled a hearing to consider a temporary restraining order or preliminary injunction for 3:00 p.m., to be conducted by teleconference,

**AND**, the chapter 7 Trustee not being available and therefore, not appearing at the hearing,

**AND**, counsel for the Debtor and counsel for Federal Realty Investment Trust having appeared at the hearing,

**AND**, the Debtor having requested that this court enter an Order enjoining the Court of Common Pleas Bucks County, from conducting a contempt hearing ("the Contempt Hearing") on August 8, 2008 in the case Federal Realty Investment Trust v. Feasterville Furniture Outlet, No. 08-04438,

**AND**, the court having considered the record made and the arguments advanced by counsel,

**AND**, it appearing that the Contempt Hearing may involve issues of criminal contempt only and not issues of civil contempt,

**AND**, it appearing that the Contempt Hearing does not appear to involve the enforcement of prepetition claims against the Debtor or against property of the estate through the application of the remedy of civil contempt and does not otherwise appear to create a risk of interference with the jurisdiction of this court (in particular, this court's exclusive jurisdiction over property of the bankruptcy estate, see 28 U.S.C. §1334(e)),

**AND**, for the reasons stated on the record,

It is hereby **ORDERED** that the Motion is **DENIED**.  See, e.g., In re Lincoln, 264 B.R. 370 (Bankr. E.D. Pa. 2001); In re Allison, 182 B.R. 881 (Bankr. N.D. Ala. 1995).

**Date:   August 7, 2008**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**